Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Rosa Saldana

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA SALDANA, <br>     Plaintiff, <br><br>   vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:16-CV-01212-MWF-SP <br><br> ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount FOUR THOUSAND EIGHT HUNDRED AND SIXTY TWO DOLLARS ($4,862.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 8, 2018

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE